IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:15CR110 |
| vs. | |
| JERRYL C. JAY PACHECO, | SUBSTITUTION OF COUNSEL |
| Defendant. | |

The United States hereby notifies the Court of the substitution of Mikala Purdy-Steenholdt, Assistant United States Attorney, as counsel for the United States in this matter, replacing Nancy Svoboda, who is no longer with this office.

Please direct all future pleadings and correspondence to the undersigned.

UNITED STATES OF AMERICA,
Plaintiff

LESLIE A. WOODS
United States Attorney

By:   *s/Mikala Purdy-Steenholdt*
MIKALA PURDY-STEENHOLDT
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

*s/Mikala Purdy-Steenholdt*
MIKALA PURDY-STEENHOLDT
Assistant United States Attorney